UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>JULIE L. JEFFERSON,<br>                  Debtor(s).<br><br>GUY JEFFERSON,<br>                  Defendant(s)/Appellant(s),<br>   v.<br><br>JULIE L. JEFFERSON,<br>                  Plaintiff(s)/Appellee(s). | CASE NO. C25-1317-KKE<br><br>Bankruptcy No. [25-10188-CMA]<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE BRIEFS ON BANKRUPTCY APPEAL |

    This matter comes before the Court on the Parties' stipulated motion to extend the time for Appellee to file her opening brief. Dkt. No. 13. Upon review of the motion, it is hereby ORDERED that the motion is GRANTED. Appellee shall file her opening brief no later than 14 days after the Court rules on the pending motion to dismiss (ECF No. 6). Appellant shall file his reply brief no later than 14 days after Appellee files her opening brief. However, if the Court dismisses the appeal, no further briefing will be necessary.

    Dated this 20th day of October, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE BRIEFS ON BANKRUPTCY APPEAL - 1