UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>JULIE L. JEFFERSON,<br><br>                Debtor(s).<br><br>GUY JEFFERSON,<br><br>                Defendant(s)/Appellant(s),<br>    v.<br><br>JULIE L. JEFFERSON,<br><br>                Plaintiff(s)/Appellee(s). | CASE NO. C25-1317-KKE<br><br>Bankruptcy No. 25-10188-CMA<br><br>ORDER STRIKING HEARING |

This matter comes before the Court *sua sponte*. Due to the ongoing lapse in appropriations and resulting limits on Court functions, the hearing set for November 13, 2025, at 1:00 pm, for oral argument on Appellee's motion to dismiss (Dkt. No. 6) is STRICKEN. *See* Dkt. No. 15. The courtroom deputy will contact the parties to coordinate rescheduling the hearing.

Dated this 6th day of November, 2025.

Kymberly K. Evanson
United States District Judge

ORDER STRIKING HEARING - 1